FILED

Sep 03 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK RICHARD CORONEL,<br><br>    Plaintiff,<br><br>    v.<br><br>R. FERNANDEZ,<br><br>    Defendant. | Case No. 24-cv-05229-TSH<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate currently housed at California Medical Facility, located in Vacaville, California, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging that New Folsom State Prison correctional officer R. Fernandez violated his civil rights when he was housed at New Folsom State Prison. The events or omissions giving rise to Plaintiff's claim appear to have occurred at New Folsom State Prison, and no defendant is alleged to reside in this district. New Folsom State Prison, also known as California State Prison – Sacramento, is located in Sacramento County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

    **IT IS SO ORDERED.**

Dated: September 3, 2024

THOMAS S. HIXSON
United States Magistrate Judge